# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 24-1456 KG | UNITED STATES vs. MARQUEZ-MARQUEZ |
|---|---|

**Before The Honorable Gregory J. Fouratt, United States Magistrate Judge**

| Hearing Date: | OCTOBER 16, 2024 | Time In and Out: | Rights: 1:30 – 1:36 p.m.<br>1:50 – 2:05 p.m. (7 mins) |
|---|---|---|---|
| Clerk: | CATHY ALVAREZ | Digital Recording: | LCR-SIERRA BLANCA |
| Defendant: | GILBERTO MARQUEZ-MARQUEZ | Defendant's Counsel: | JANE GREEK |
| AUSA: | MATILDA VILLALOBOS | Interpreter: | CAROLINA DURAN — ☐ Sworn  ☐ Waived |

- ☒ Defendant Sworn
- ☐ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Information**
- ☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.
- ☒ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **Information**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☒ Defendant to Remain in Custody
- ☐ Defendant to remain on present conditions of release    ☐ Conditions changed to:
- ☒ Presentence Report Ordered    ☒ Expedited (Type III)
- ☐ Other: